FLORENCE NAKAKUNI
United States Attorney
District of Hawaii

TONY ROBERTS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808)541-2958
Tony.Roberts@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 18 2014

at __1__ o'clock and _25_min. _P_ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRAZE KALANI PARIS KAPELIELA,<br><br>　　　　　Defendant. | )　MAG. NO. 14-00631 KSC<br>)<br>)　CRIMINAL COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

　　　　From on or about April 9, 2014, and continuing to on or about April 21, 2014, within the District of Hawaii, Defendant Braze Kalani Paris KAPELIELA did knowingly and intentionally conspire with others, known and unknown, to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

1

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA) and that this complaint is based on the following affidavit which is attached hereto and incorporated herein by reference.

DATED: HONOLULU, HAWAII: June 18, 2014.

_____
ROBERT MABEY
SPECIAL AGENT, DEA

Sworn to and subscribed in my presence, this 18th day of June, 2014:

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT OF ROBERT MABEY

ROBERT MABEY, after being duly sworn, deposes and says as follows:

1. This affidavit is made in support of a criminal complaint charging Braze Kalani Paris KAPELIELA (hereinafter "Kapeliela") with violations of Title 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 846, knowingly and intentionally conspiring to distribute and possess with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2. I am presently a Special Agent with the U.S. Drug Enforcement Administration ("DEA"). I am currently assigned to the Honolulu District Office.

3. This affidavit is intended only to establish that there is sufficient probable cause to conclude that the Defendant referenced herein committed the offense referenced herein. This affidavit does not contain or set forth all my knowledge regarding this investigation.

4. In April of 2014, a DEA Task Force Officer, acting in an undercover capacity (UC), negotiated a two ounce methamphetamine transaction with W.R. through recorded telephone calls. During the telephone calls, W.R. agreed to sell the UC two ounces of methamphetamine in exchange for $2,600.00. The UC and W.R. also agreed to meet at a location in Aiea, HI.

5. On April 9, 2014, the UC and W.R. met at the agreed upon location in Aiea, HI. During this meeting, W.R. sold the UC approximately two ounces of methamphetamine for $2,600.00. This transaction was observed by law enforcement. A field test was conducted on the drugs which resulted in a positive indication for methamphetamine. After the transaction, W.R. was observed by law enforcement meeting with Defendant Kapeliela at a nearby shopping center.

6. After the April 9, 2014 transaction, the UC communicating with W.R. again, and W.R. agreed to sell the UC four ounces of methamphetamine. The conversations were captured on recorded telephone calls. During the telephone calls, W.R. agreed to sell the UC four ounces of methamphetamine for $5,800.00. The UC and W.R. also agreed to meet at a location in Aiea, HI.

7. On April 21, 2014, W.R. contacted the UC and told the UC that he was waiting for his source. Shortly thereafter, law enforcement observed Kapeliela park near W.R.'s vehicle.

1

Kapeliela then exited his vehicle and entered W.R.'s vehicle. After a couple of minutes, Kapeliela exited W.R.'s vehicle. W.R. proceeded to the meeting with the UC, where W.R. sold the UC approximately four ounces of methamphetamine and the UC paid W.R. $5,800.00. This transaction was observed by law enforcement. A field test was conducted on the drugs which resulted in a positive indication for methamphetamine. After the meeting with the UC, W.R. returned to the location where Kapeliela was waiting. Kapeliela was again observed getting into W.R.'s vehicle. After a couple of minutes, Kapeliela exited W.R.'s vehicle, entered his vehicle and drove away from the location.

8. On June 17, 2014, the DEA arrested Kapeliela in Honolulu, HI. After he was advised of his Constitutional Rights, Kapeliela waived his rights and provided a statement to law enforcement. Kapeliela admitted to distributing methamphetamine to W.R. on the two occasions referenced above. Kapeliela also admitted that he had been distributing methamphetamine for the past five months. Kapeliela informed law enforcement that he had approximately $2,000.00 and admitted that all of this money was derived from the sale of methamphetamine. Kapeliela also told agents that he was currently on Hawaii State parole for a prior offense, and that he was released from State custody in March of 2013.

9. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROBERT MABEY
Special Agent, DEA

Subscribed and sworn to
before me this 18th day
of June, 2014.

_____
HON. KEVIN S.C. CHANG
United States Magistrate
District of Hawaii